UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WAYNE CARL NICOLAISON,

Plaintiff,

v.

FRANK R. MILCZARK and
RICK HARRY,

Defendants.

CIVIL NO. 00-2654 (RHK/JMM)

ORDER

Plaintiff filed the Complaint in the above-captioned matter on December 7, 2000. [Docket No. 1]. Service of the Complaint on Defendants was not effected until January 16, 2001. [Docket No. 9]. In the interim, Plaintiff filed and served a Motion for Temporary Restraining Order and Preliminary Injunction. [Docket No. 6].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants shall file responses to the Complaint [Docket No. 1] and the Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 6] no later than February 23, 2001. The Court will take the Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 6] under advisement as of that date.

Dated: February 2, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 02 2001
FILED ... CLERK
JUDG...
DEPU...