UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wayne Nicolaison,

Plaintiff,

Civil No. 00-2654 (RHK/JMM)

vs.

**ORDER**

Frank R. Milzak (Sic) and Rick Harry,

Defendants.

---

Before the Court are Plaintiff's Objections to the March 6, 2000 recommended denial of his Motion for a Temporary Restraining Order or for a Preliminary Injunction. The undersigned has conducted the required de novo review of the Objections. Magistrate Judge John M. Mason applied the appropriate legal criteria to the facts of the case; accordingly, his recommended disposition will be adopted.

Upon all the files, records and proceedings herein, **IT IS ORDERED** that:

1. The Objections (Doc. No. 19) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 18) is **ADOPTED**; and
3. The Motion for a Temporary Restraining Order or for a Preliminary Injunction (Doc. No. 6) is **DENIED**.

Dated: April 18, 2001

RICHARD H. KYLE
United States District Judge

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK