UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wayne Nicolaison,

Plaintiff,

Civil No. 00-2654 (RHK/JMM)

vs.

**ORDER**

Frank R. Milzak (Sic) and Rick Harry,

Defendants.

---

Before the Court are Plaintiff's Objections to the July 6, 2001 Report and Recommendation of Magistrate Judge John M. Mason. Judge Mason has recommended that Defendants' Motion for Summary Judgment be granted and that Plaintiff's Motion for Injunctive Relief be denied.

The Court has conducted the required de novo review of the objected to portions of the Report and Recommendation. That review satisfies the undersigned that Judge Mason's determinations are factually sound and supported by applicable legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that:

1. Plaintiff's Objections (Doc. No. 55) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 54) is **ADOPTED**;
3. Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**;
4. Plaintiff's Motion for Injunctive Relief (Doc. Nos. 48 and 49) and to Deny

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 15 2001
DEPUTY CLERK

Defendants' Allegations for Renewed Motion for Summary Judgment (Doc. No. 52) are **DENIED**; and

5. The Complaint is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2001

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: AUG 15 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995