# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wayne Nicolaison

Plaintiff

v.

Frank R. Milzak (sic) and Rich Harry

Defendants

Case No. Civil 00-2654 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's objections are overruled. The Report and Recommendation is adopted. Defendant's motion for summary judgment is granted. Plaintiff's motion for injunctive relief and to deny Defendants' allegations for renewed motion for summary judgment are denied. The complaint is dismissed.

DATE: August 15, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk